THE LONG ISLAND RAILROAD COMPANY, Appellant, *v.*
THE STATE OF NEW YORK, Respondent.

*Long Island R. R. Co.* v. *State of New York*, 157 App. Div. 12,
affirmed.
(Argued November 13, 1914; decided December 1, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered May 7, 1913, which affirmed a determination of
the Court of Claims dismissing the claim of the plaintiff
for damages to its property arising through the cutting
of a canal connecting Great Peconic and Shinnecock bays.

*Alfred A. Gardner* and *Joseph F. Keany* for appellant.

*James A. Parsons, Attorney-General* (*Joseph A. Kellogg* and *Claude T. Dawes* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

LAWRENCE JACOB, as Surviving Trustee under the Will of
LEONARD JACOB, Deceased, Respondent, *v.* THE TOWN
OF OYSTER BAY et al., Appellants.

*Jacob* v. *Town of Oyster Bay*, 155 App. Div. 913, affirmed.
(Argued November 17, 1914; decided December 1, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered February 18, 1913, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial
at Special Term in an action of ejectment.

*Henry A. Uterhart, John J. Graham* and *Charles I.
Wood* for appellants.

*Wilmot T. Cox* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.